**Order entered April 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00016-CV

### IN RE CHRISTOPHER WAYNE GREEN

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CV-1970004-H**

## ORDER

Before the Court is the April 24, 2020 second request of Deputy Court Reporter Debi Harris for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **May 4, 2020**. We caution Ms. Harris that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE